JAMES KEEGAN et al., Respondents, *v.* JOHN SMITH, Appellant, Impleaded with Others.

Reported below, 60 App. Div. 168.
(Argued September 30, 1901; decided October 4, 1901.)

MOTION to dismiss appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 29, 1901, which reversed a judgment of the Appellate Term reversing judgments of the General Term and Trial Term of the City Court of New York dismissing the complaints and affirmed the City Court judgments.

Also motion to strike cause from calendar of appeals from orders.

The motion to dismiss was made upon the ground that the order of the Appellate Division was irregular, it not having been made by the judges who heard the appeal and it not specifying the questions of law to be passed upon by the Court of Appeals.

The motion to strike from calendar of appeals from orders was made upon the ground that the appeal is from a judgment.

*Dennis McMahon* for motion to dismiss appeal and in opposition to motion to strike from calendar.

*George S. Hamlin* opposed to motion to dismiss appeal and for motion to strike from calendar.

Motion to dismiss appeal denied, with ten dollars costs.

Motion to strike cause from calendar granted, without costs.